UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANUEL MENDOZA LEON, | Case No. 5:26-cv-01115 AB (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| TODD LYONS, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondents' Answer (Dkt. No. 10), Petitioner's Reply (Dkt. No. 11), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 16). No objections were filed to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 16);

2. The Petition is granted;

3. Respondents shall immediately release Petitioner Jesus Manuel Mendoza Leon (A# 246-060-820); and

4. Judgment is to be entered accordingly.

DATED:  July 22, 2026

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge